# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

ROBIN BUGNI, DILLON BUGNI &
RICHARD BUGNI,

    Plaintiffs,

vs.

THE TRAVELERS INDEMNITY
COMPANY and JANE DOES 1-10,

    Defendants.

CV 22-05-GF-JTJ

**ORDER**

Defendant, The Travelers Indemnity Company (Travelers), filed a motion for judgment on the pleadings on May 18, 2022. Travelers argued that Plaintiffs' Complaint should be dismissed because the Court lacked diversity jurisdiction over Plaintiffs' claims for declaratory relief. Travelers argued that diversity jurisdiction was lacking because "no single Plaintiff [had] alleged entitlement to an amount exceeding $75,000 as required by 28 U.S.C. § 1332(a)." (Doc. 10 at 2).

Plaintiffs filed an Amended Complaint on June 2, 2022. (Doc. 21). The Amended Complaint asserts claims for insurance bad faith, breach of contract, and declaratory relief. The filing of Plaintiffs' Amended Complaint makes Traveler's motion moot.

Accordingly, IT IS HEREBY ORDERED:

Traveler's Motion for Judgment on the Pleadings (Doc. 9) is DENIED as moot.

DATED this 6th day of June, 2022.

John Johnston
United States Magistrate Judge